UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID RAUB, et al.,

        Plaintiffs,        Case No. 15-13480
v                                          Honorable Thomas L. Ludington

MOON LAKE PROPERTY OWNERS
ASSOCIATION, et al.,

        Defendants.
_____/

## JUDGMENT IN FAVOR OF PLAINTIFFS AND AGAINST DEFENDANTS OSCODA COUNTY AND TIM WHITING ONLY

On October 12, 2016 Plaintiffs David and William Raub filed notice that they had accepted Defendant Oscoda County and Tim Whiting's offer of judgment pursuant to Federal Rule of Civil Procedure 68(a). Pursuant to that rule, "[i]f, within 14 days after being served [with an offer of judgment], the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk *must* then enter judgment." *Id*. (emphasis added).

Accordingly, it is **ORDERED AND ADJUDGED** that judgment is entered against Defendants Oscoda County and Tim White and for Plaintiffs David and William Raub in the amount of five thousand dollars ($5,000), inclusive of all costs and attorney fees.

Dated: October 21, 2016                    s/Thomas L. Ludington
                                                  THOMAS L. LUDINGTON
                                                  United States District Judge

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 21, 2016.

                                s/Michael A. Sian
                                MICHAEL A. SIAN, Case Manager