UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID RAUB, et al.,

        Plaintiffs,               Case No. 15-13480

v                                       Honorable Thomas L. Ludington

MOON LAKE PROPERTY OWNERS
ASSOCIATION, et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the order overruling Plaintiffs' objections and adopting the Report and Recommendation entered on this date;

It is **ORDERED AND ADJUDGED** that the claims set forth in Plaintiffs' amended complaint are **DISMISSED with prejudice**.

                                              s/Thomas L. Ludington
                                              THOMAS L. LUDINGTON
                                              United States District Judge

Dated: April 13, 2017

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 13, 2017.

                                s/Michael A. Sian
                                MICHAEL A. SIAN, Case Manager