UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

File Number 15-13480-BC

DAVID RAUB and WILLIAM RAUB,

       Plaintiffs,    v.

                          AMENDED NOTICE OF APPEAL

MOON LAKE PROPERTY OWNERS ASSOCIATION, ~~OSCODA COUNTY~~, GREENWOOD TOWNSHIP, THOMAS McCAULEY, LINDA ARGUE, JIM HERVILLA, FRED LINDSEY, LARRY MATHIAS, and ~~TIM WHITING~~,

       Defendants.

Please take notice that Plaintiffs and their counsel in the captioned case, appeal to the United States Court of Appeals for the Sixth Circuit from the ORDER entered in this action on January 3, 2018.

                          Respectfully submitted,

                          <u>s/ Tonie M Franzese</u>
                          Law Office of Tonie M Franzese, PC
                          P.O. Box 713
                          Northville, MI 48167 (MI P54616)

**CERTIFICATE OF SERVICE**
I certify that on January 23, 2018, I electronically filed this document with the Clerk of the Court using the ECF system which will send notification of such filing to the following: **DAVID B. LANDRY, SCOTT S. HOLMES, AND GARY A ROSSI**.

*s/ Tonie M Franzese*