# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 18, 2018

Ms. Nancy V. Dembinski
Landry, Mazzeo & Dembinski
37000 Grand River Avenue
Suite 200
Farmington Hills, MI 48335

Ms. Tonie Marie Franzese
Law Office
P.O. Box 713
Northville, MI 48167

Mr. Scott S. Holmes
Foley & Mansfield
130 E. Nine Mile Road
Ferndale, MI 48220

Re: Case No. 17-1564, *David Raub, et al v. Moon Lake Property Owners' Association, et al*
Originating Case No. : 1:15-cv-13480

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Karen S. Fultz
Case Manager
Direct Dial No. 513-564-7036

cc: Mr. David B. Landry
Mr. Gary A. Rossi
Mr. David J. Weaver

Enclosure

No. 17-1564

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| DAVID RAUB, et al., | ) | |
| | ) | |
| Plaintiffs-Appellants, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| MOON LAKE PROPERTY OWNERS' ASSOCIATION, et al., | ) ) | |
| | ) | |
| Defendants-Appellees. | ) | |

```
                                    FILED
                                 Apr 18, 2018
                            DEBORAH S. HUNT, Clerk
```

Before:  KEITH, COOK, and THAPAR, Circuit Judges.

PER CURIAM.  On November 15, 2017, this court granted Oscoda County and Tim Whiting's motion for damages and costs.  We directed Oscoda County and Tim Whiting to file an affidavit within fifteen days setting forth the hourly rates of their counsel and the number of hours spent defending this appeal.  The Raubs had ten days to file a response.

On November 29, 2017, Oscoda County and Tim Whiting's attorney filed an affidavit stating that his office spent 53.9 hours on this appeal at an hourly rate of $165.00.  The Raubs did not respond.  Thus, the court orders the plaintiffs and their counsel, Tonie M. Franzese, to pay $8,893.50 in damages and costs.  Plaintiffs and Franzese shall be jointly and severally liable for the total award.  The payment is due 30 days from the date of this order.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk